IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, ALLIANCE FOR THE WILD ROCKIES,<br><br>              Plaintiffs,<br><br>vs.<br><br>KEITH LANNOM, United States Forest Service Deputy Regional Forester and the UNITED STATES FOREST SERVICE,<br><br>              Defendants. | CV 21–22–M–DWM<br><br>JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

It is ordered and adjudged that judgment is entered in accordance with the Court's Order, Doc. 29. The Forest Service's motion for summary judgment (Doc. 16) is GRANTED as to Claims Two, Three, Four, and Six, as well as the illegal roads portion of Claim One.  Plaintiffs' motion for summary judgment (Doc. 13) is GRANTED as to the remainder of Claim One and the entirety of Claim Five.  The matter is REMANDED to the agency for further analysis and the Project is ENJOINED pending the agency's compliance with both NFMA and NEPA.

DATED this 4th day of April, 2022.

                    TYLER P. GILMAN, CLERK

                    By: /s/ Nicole Stephens
                    Nicole Stephens, Deputy Clerk