IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL and ALLIANCE FOR THE WILD ROCKIES, <br><br> Plaintiffs, <br><br> vs. <br><br> KEITH LANNOM, United States Forest Service Deputy Regional Forester and the UNITED STATES FOREST SERVICE, <br><br> Defendants. | CV 21–22–M–DWM <br><br><br> ORDER |

    Defendants having moved unopposed to stay the briefing on Plaintiffs' motion for attorney fees,

    IT IS ORDERED that the motion to stay (Doc. 34) is GRANTED. Briefing on the pending motion, (Doc. 31), is STAYED pending the deadline for Defendants to file a notice of appeal. If a notice of appeal is filed, Plaintiffs' motion will be administratively denied pending appeal and must be refiled within

1

30 days of the resolution of any appeal. If a notice of appeal is not filed, Defendants' response to the pending motion is due within 30 days.

DATED this 25th day of April, 2022.

Donald W. Molloy, District Judge
United States District Court