IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL and ALLIANCE FOR THE WILD ROCKIES,<br><br>           Plaintiffs,<br><br>vs.<br><br>KEITH LANNOM, United States Forest Service Deputy Regional Forester and the UNITED STATES FOREST SERVICE,<br><br>           Defendants. | CV 21–22–M–DWM<br><br>ORDER |

      Defendants having moved unopposed to alter the Court's April 4, 2022 Judgment and to lift the injunction for specified project activities,

      IT IS ORDERED that the motion (Doc. 35) is GRANTED. The April 4, 2022 Order and Judgment (Docs. 29, 30) are AMENDED to reflect that the Castle Mountains Restoration Project Decision is PARTIALLY VACATED and the injunction on the Castle Mountains Restoration Project is PARTIALLY LIFTED

1

to allow those activities contained in the Defendants' motion to be implemented. (*See* Doc. 35.) The Clerk of Court is directed to enter an Amended Judgment consistent with the above.

DATED this 25th day of April, 2022.

Donald W. Molloy, District Judge
United States District Court