IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, ALLIANCE FOR THE WILD ROCKIES,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>KEITH LANNOM, United States Forest Service Deputy Regional Forester and the UNITED STATES FOREST SERVICE,<br><br>　　　　　Defendants. | CV 21–22–M–DWM<br><br>AMENDED JUDGMENT |

It is ordered and adjudged that judgment is amended in accordance with the Court's Order, Doc. 37. Judgment is AMENDED to reflect that the Castle Mountains Restoration Project Decision is PARTIALLY VACATED and the injunction on the Castle Mountains Restoration Project is PARTIALLY LIFTED to allow those activities contained in the Defendant's motion to be implemented, Doc. 35.

　　　DATED this 25th day of April, 2022.

　　　　　　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　　　　　　　By: /s/ Nicole Stephens
　　　　　　　　　　　　　　　　　　　　　Nicole Stephens, Deputy Clerk