IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL and ALLIANCE FOR THE WILD ROCKIES,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>KEITH LANNOM, United States Forest Service Deputy Regional Forester and the UNITED STATES FOREST SERVICE,<br><br>　　　　Defendants. | CV 21–22–M–DWM<br><br>ORDER |

Defendants having filed a notice of appeal, (*see* Doc. 40),

IT IS ORDERED that Plaintiffs' motion for attorney fees (Doc. 31) and application for taxation of costs (Doc. 33) are administratively DENIED. Plaintiffs' motion and application must be refiled within 30 days of the resolution of any appeal.

DATED this 23rd day of June, 2022.

Donald W. Molloy, District Judge
United States District Court