IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL and ALLIANCE FOR THE WILD ROCKIES, | CV 21–22–M–DWM |
| Plaintiffs, | ORDER |
| vs. | |
| KEITH LANNOM, United States Forest Service Deputy Regional Forester and the UNITED STATES FOREST SERVICE, | |
| Defendants. | |

On July 15, 2022, Plaintiffs re-filed their motion for attorney fees and other costs and expenses consistent with the Court's direction. (*See* Docs. 41, 44.) That motion became ripe on July 29, 2022. D. Mont. L.R. 7.1(d)(1)(B)(ii). Defendants did not respond. The Court is therefore prepared to rule on the pending motion in the absence of any objection by Defendants.

Accordingly, IT IS ORDERED that Defendants must file their objection to Plaintiffs' motion (Doc. 44), if any, on or before August 8, 2022. The failure to do

so will be "deemed an admission that the motion is well-taken."  D. Mont. L.R.

7.1(d)(1)(B)(ii).

DATED this ⧸4⧸ day of August, 2022.

Donald W. Molloy, District Judge
United States District Court