IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL and ALLIANCE FOR THE WILD ROCKIES, <br><br> Plaintiffs, <br><br> vs. <br><br> KEITH LANNOM, United States Forest Service Deputy Regional Forester and the UNITED STATES FOREST SERVICE, <br><br> Defendants. | CV 21–22–M–DWM <br><br><br> ORDER |

The parties having filed a Notice of Settlement related to Plaintiffs' pending fees and costs motion, (*see* Doc. 49),

IT IS ORDERED that resolution of the motion, (Doc. 44), is held in ABEYANCE pursuant to the terms of the parties' settlement.

DATED this 24th day of August, 2022.

_____
Donald W. Molloy, District Judge
United States District Court