IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL and ALLIANCE FOR THE WILD ROCKIES,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>KEITH LANNOM, United States Forest Service Deputy Regional Forester and the UNITED STATES FOREST SERVICE,<br><br>　　　　　Defendants. | CV 21–22–M–DWM<br><br>ORDER |

　　　Plaintiffs having withdrawn their request for attorney fees in light of the parties' settlement and all matters having been resolved,

　　　IT IS ORDERED that Plaintiff's motion for fees (Doc. 44) is DEEMED WITHDRAWN and the Clerk is directed to close the case.

　　　DATED this 6th day of September, 2022.

_____
Donald W. Molloy, District Judge
United States District Court